# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | LA CR 20-00250(A)-DMG |
| Date | April 16, 2024 |
| Present: The Honorable | DOLLY M. GEE |
| Interpreter | none |

| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |
|---|---|---|
| Daniel Tamayo | Suzanne McKennon | Laura Alexander, AUSA<br>Elizabeth Douglas, AUSA |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Fantraya Carter | X | | X | Elena Sadowsky, DFPD<br>Drew Havens, DFPD | X<br>X | X<br>X | |

___ Day COURT TRIAL     1st Day JURY TRIAL     ___ Death Penalty Phase

___ One day trial;   X Begun (1st day);   X Held & continued;   ___ Completed by jury verdict/submitted to court.

[X] The Jury is impaneled and sworn.
[X] Opening statements made by **Plaintiff and Defendant**
[X] Witnesses called, sworn and testified.
[X] Exhibits identified     [X] Exhibits admitted
___ Government rests.   ___ Defendant(s) _____ rest.
___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted
___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted
___ Closing arguments made   ___ Court instructs jury   ___ Bailiff sworn
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.
___ Alternates excused   ___ Jury retires to deliberate   ___ Jury resumes deliberations
___ Finding by Court as follows:

| | | |
|---|---|---|
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |

___ Jury polled     ___ Polling waived
___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict
___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.
___ Dft # ___ remanded to custody.   ___ Remand/Release# _____ issd.   ___ Dft # ___ released from custody.
___ Bond exonerated as to Dft # _____
[X] Case continued to **April 17, 2024 at 9:00 AM** for further trial/further jury deliberation.
___ Other:                                                                    5 : 10

Initials of Deputy Clerk **dta**